# Exhibit 1

District 1

## Case Summary

**Case No. 2025L007978**

| | | |
|---|---|---|
| Catherine Berrios -vs- CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD. | § § § § § | Location: **District 1** <br> Judicial Officer: **Calendar, B** <br> Filed on: **06/23/2025** <br> Cook County Attorney Number: **56079** |

---

### Case Information

Case Type: Product Liabilty - Jury
Case Status: **06/23/2025  Pending**
Case Flags: **Case on Bankruptcy Calendar**

---

### Assignment Information

**Current Case Assignment**
Case Number    2025L007978
Court          District 1
Date Assigned  06/23/2025
Judicial Officer  Calendar, B

---

### Party Information

| | | Lead Attorneys |
|---|---|---|
| **Plaintiff** | **Berrios, Catherine** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |
| | **ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.** | |

District 1

## Case Summary

**Case No. 2025L007978**

---

### Events and Orders of the Court

---

08/22/2025
    Summons Served - Corporation/Company/Business
      *Affidavit of Service of Summons on defendant midea*
      Party: Plaintiff Berrios, Catherine
      *Affidavit of Service of Summons on defendant midea*

08/20/2025
    *CANCELED* **First Time Case Management** (10:00 AM) (Judicial Officer: Barrett, Michael B)
      Resource: Location L2202 Court Room 2202
      Resource: Location D1 Richard J Daley Center
      *Order of Court*

08/08/2025
    Summons Issued And Returnable
      *summons to Corelle Brands*
      Party: Plaintiff Berrios, Catherine
      *summons to Corelle Brands*

08/08/2025
    Summons Issued And Returnable
      *Summons to Midea America*
      Party: Plaintiff Berrios, Catherine
      *Summons to Midea America*

07/24/2025
    Strike From Case Management Call - Allowed (Judicial Officer: Lyons, Thomas V., II)
      Party: Plaintiff Berrios, Catherine

07/24/2025
    Place On Bankruptcy Calendar - Allowed - (Judicial Officer: Lyons, Thomas V., II)
      Party: Plaintiff Berrios, Catherine

07/17/2025
    Electronic Notice Sent
      Party: Plaintiff Berrios, Catherine
      Party 2: Attorney Cesarone, Frank Vincent

07/17/2025
    Electronic Notice Sent
      Party: Plaintiff Berrios, Catherine
      Party 2: Attorney Cesarone, Frank Vincent

07/07/2025
    Notice Filed
      *Plaintiff's Notice of Stay*
      Party: Plaintiff Berrios, Catherine
      *Plaintiff's Notice of Stay*

06/23/2025   New Case Filing

06/23/2025
    Personal Injury (Product Liability) Complaint Filed (Jury Demand)
      *Complaint & Jury Demand (Berrios)*
      Party: Plaintiff Berrios, Catherine
      Party 2: Attorney Cesarone, Frank Vincent
      *Complaint & Jury Demand (Berrios)*

06/23/2025
    Exhibits Filed
      *Civil Cover Sheet (Berrios)*
      Party: Plaintiff Berrios, Catherine
      Party 2: Attorney Cesarone, Frank Vincent
      *Civil Cover Sheet (Berrios)*